35 A.3d 678

IN THE MATTER OF THE LIQUIDATION OF INTEGRITY
INSURANCE COMPANY/THE CELOTEX ASBESTOS
TRUST.

December 8, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion of the Commissioner of Banking and Insurance of the State of New Jersey in his Capacity as Liquidator of Integrity Insurance Company for leave to appeal is granted.